# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DARLENE BRAND,

    Plaintiff,

vs.                              CASE NO. 6:10-CV-1777-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20, filed January 19, 2012). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 20) is **ADOPTED and AFFIRMED.** The decision of the Commissioner is **REVERSED** under sentence four of 42 U.S.C. §405(g) and is **REMANDED** for further proceedings consistent with the Report and Recommendation (Doc. No. 20) and this Order.

The Clerk of Court is **DIRECTED** to enter a judgment consistent with this Order and, thereafter, to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___8th___ day of February, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record